IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J.C. PENNY LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Civil Action No. 01-0048-CG ) |
| JO ANN WALKER, et. al. | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

This matter is before the court on the second request by Janice Walker ("Walker"), a defendant in the above-referenced interpleader action, for the disbursement of funds being held by the court in an interest-bearing account for her benefit until she reaches 21 years of age. (Doc. 78). These funds are being held by the court pursuant to Judge Hand's April 9, 2002, order (Doc. 46), which states that "[a]t the time that Janice L. Walker, now six years old, reaches twenty[-one] (21) years old, she then must write a letter to the Clerk of this Court requesting the payment of the remainder of the funds held in the aforementioned account and [attach] to the letter a copy of her current driver's license and social security number." (Doc. 46 at 3).

Walker is 18 years of age, not 21. See Doc. 78 at 1. On January 15, the court denied Walker's first motion for disbursement of funds without prejudice, citing Walker's lack of specificity and documentation regarding her

claim that she was attending an unnamed private school and taking unspecified college courses. (Doc. 77). The court gave leave for Walker to resubmit her request with further proof of her need for the funds in order to finance her education.

On January 17, 2013, Walker filed her second motion for disbursement of funds (Doc. 78), and included with it additional documentation which did little to address the court's concerns. For example, Walker attached an invoice she purportedly received from Resurrection Catholic School, dated October 29, 2012 (id. at 4); yet Walker's attached application to Resurrection Catholic School for the 2012-13 academic year is dated November 7, 2012, which is 9 days after the school supposedly sent the invoice. See id. at 7-8. Other discrepancies include the fact that Walker's attached application to Mississippi Gulf Coast Community College states that she currently is a junior at Penn Foster High School in Gautier, Mississippi, and not Resurrection Catholic School in Pascagoula, Mississippi. See id. at 5-6. Walker has provided no explanation for these discrepancies. In fact, she did not see fit to write anything to the court, despite the fact that Judge Hand's order requires that any request for disbursement of funds be in the form of a letter addressed to the Clerk of the Court. (Doc. 46 at 3).

These shortcomings are exacerbated by the history of this case, which includes the past involvement of Walker's mother, Jo Ann, who was held in contempt of court for denying her own identity for more than a year and for

improperly attempting to liquidate certificates of deposit belonging to Janice and her brother, Allen.  (Doc. 26).  Unlike Allen Walker, who successfully requested disbursement of funds after proving that he was enrolled in college in Tennessee, Janice Walker still lives with her mother, and therefore remains under her mother's influence.  See Doc. 78 at 5-6 (showing Jo Ann and Janice Walker's listed address as the same post office box).

With these facts in mind, the court finds that it cannot in good conscience approve Walker's request for an early disbursement of funds until her twenty-first birthday, as required by Judge Hand in his original order.  (Doc. 46).  The documentation provided by Walker in each of her motions simply does not satisfy the court's concerns.  Accordingly, Walker's second motion is hereby **DENIED**.

**DONE** and **ORDERED** this 25th day of January 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE